JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THE BROAD,<br><br>        Plaintiff,<br><br>vs.<br><br>TWIN CITY FIRE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 2:17-cv-01572-AB-JC<br>[Hon. André Birotte Jr. - Ctrm 7B]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed: February 27, 2017<br>Trial Date: Not yet set |
| TWIN CITY FIRE INSURANCE COMPANY,<br><br>        Counterclaimant,<br><br>vs.<br><br>THE BROAD,<br><br>        Counter-Defendant. | |
| TWIN CITY FIRE INSURANCE COMPANY,<br><br>        Third-Party Plaintiff,<br><br>vs.<br><br>MATT CONSTRUCTION CORPORATION and SEELE, INC.,<br><br>        Third-Party Defendants. | |

2913553v.1                                                1

ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

Pursuant to the Stipulation to Dismiss Entire Action with Prejudice ("Stipulation") submitted by Plaintiff/Counter-Defendant The Broad ("The Broad"), Defendant/ Counterclaimant/Third-Party Plaintiff Twin City Fire Insurance Company ("Twin City"), Third-Party Defendant Matt Construction Corporation, and Third-Party Defendant seele, Inc. (collectively the "Parties"), the Court hereby finds as follows:

## **RECITALS**

1. The Parties reached an informal resolution to this action.

2. As a condition of the settlement, Broad agreed to dismiss its Complaint with prejudice, Twin City agreed to dismiss its Counterclaim with prejudice, and Twin City agreed to dismiss the Third-Party Complaint with prejudice.

3. In an effort to fulfill the conditions, the Parties entered into the Stipulation.

4. The Parties will each bear their own costs in connection with this action.

## [PROPOSED] ORDER

Based upon the above Recitals and the Stipulation and finding that good cause exists, the Court orders the action voluntarily dismissed in its entirety with prejudice. The Parties will each bear their own costs in connection with this action.

**IT IS SO ORDERED.**

Dated: December 1, 2017  _____
                          Hon. André Birotte Jr.

2913553v.1

ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE